# Martin, Appellant, *v.* Pittsburgh Consolidation Coal Co.

Argued October 3, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Clyde P. Bailey,* with him *Dane Critchfield, Daniel J. Parent* and *Bailey & Critchfield,* for appellant.

*Earl F. Reed,* with him *James A. Bell* and *Thorp, Bostwick, Reed & Armstrong,* for appellee.

OPINION BY MR. JUSTICE ALLEN M. STEARNE, November 8, 1946:

This case presents the same question as *Era Company, Ltd., v. Pittsburgh Consolidation Coal Co.,* 355 Pa. 219. Appellant's stock was registered in the name of a stockbroker. As beneficial owner appellant filed a written objection to the proposed corporate merger and a written demand to be paid the fair value of his stock. The *registered owner,* however, took no part in the objection and demand.

For the same reasons, and under the authorities cited in the *Era* case, the decree of the court below is affirmed at appellant's cost.